COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | No. 08-16-00023-CR |
| The State of Texas, | | |
| | § | Appeal from the |
| State, | | |
| | § | 171st District Court |
| v. | | |
| | § | of El Paso County, Texas |
| Elizabeth Munoz, | | |
| | § | (TC# 20140D02421) |
| Appellee. | | |
| | § | |

## O R D E R

Pending before the Court is the State's motion to abate the appeal and remand in order for the trial court to re-enter the written findings of fact and conclusions of law previously made by the trial court. According to the State's motion, the trial court entered written findings and conclusions after it had lost jurisdiction to do so. The motion is GRANTED. The appeal is hereby abated and the cause is remanded to the trial court for entry of written findings of fact and conclusions of law. The trial court shall issue and file with the District Clerk of El Paso County, Texas, its written findings of fact and conclusions of law on or before October 7, 2016. The District Clerk shall file a supplemental clerk's record containing said findings and conclusions with this Court on or before October 14, 2016.

IT IS SO ORDERED this 7th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.